UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTINE RAMOS CAMPOS, | 1:07-cv-01537-OWW-GSA  (HC) |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| v. | |
| CHARLES DeROSA, | (DOCUMENT #8) |
| Respondent. | |
| _____/ | THIRTY DAY DEADLINE |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241.  On November 21, 2007, petitioner filed a motion to extend time to file objections to Findings and Recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to Findings and Recommendations.

IT IS SO ORDERED.

Dated:   **December 18, 2007**           **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE